**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**DANIEL D. TAVARES,**

    **Plaintiff,**

    v.

**BARNSTABLE COUNTY COMMISSIONERS, et al.,**

    **Defendants.**

Civil Action No. 17-12497-DJC

**ORDER**

**CASPER, J.**                                                                                                                                 June 25, 2018

      For the reasons state below, the court orders that this action be dismissed.

      *Pro se* litigant Daniel D. Tavares ("Tavares") filed a civil complaint, D. 1, the thrust of which is that he was allegedly wrongfully convicted in the state district court of larceny by false pretenses. In a Memorandum and Order dated March 5, 2018, D. 9, the court directed Tavares to show cause why the action should not be dismissed for failure to state a claim upon which relief may be granted. Discussing <u>Heck v. Humphrey</u>, 512 U.S. 477 (1994), the court explained that Tavares could not recover for an allegedly unlawful conviction unless the conviction had been overturned or otherwise invalidated by a court or tribunal. The court held that Tavares's complaint did not set forth well-pled allegations from which the court could reasonably infer that he had met this requirement, and the court directed him to file an amended pleading.

      Tavares has now filed an amended complaint, D. 14, but it does not contain any indication that his conviction for larceny by false pretenses has been "been reversed on direct appeal, expunged by executive order, declared invalid by a state tribunal authorized to make such

1

determination, or called into question by a federal court's issuance of a writ of habeas corpus." Heck, 512 at 487. The defendants' purported knowledge of the illegality of Tavares's conviction does not satisfy this requisite, D. 14 at 4, nor does the suggestion that his incarceration for this conviction constitutes cruel and unusual punishment, D. 14 at 5.

Accordingly, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), this action is dismissed for failure to state a claim upon which relief may be granted.

**So Ordered.**

/s/ Denise J. Casper
United States District Judge